AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

Trademark Properties, Inc.,
*a South Carolina Corporation*
and Richard C. Davis, *an Individual*

**JUDGMENT IN A CIVIL CASE**

vs.

Case Number: 2:06-2195-CWH

A&E Television Networks
*a Joint Venture of the Hearst Corporation*

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been duly tried and the jury has duly rendered its verdict.

**IT IS ORDERED AND ADJUDGED that the plaintiffs Trademark Properties, Inc. and Richard C. Davis recover of the defendant A&E Television Networks damages for Season 1 in the amount of $3,935,960.38 and one- third of damages for International Revenues in the amount of $107,726.33. The Plaintiff shall recover of the defendant total actual damages in the amount of Four Million, Forty Three Thousand, Six Hundred Eighty Six and 71/100 ($4,043,686.71) Dollars with interest at the rate of 1.24% percent as provided by law.**

LARRY W. PROPES, Clerk

By:   s/Judy Dodds
Deputy Clerk

NOVEMBER 13, 2008